IN RE PETITION OF REAPPORTIONMENT
COMMISSION EX REL.
(SC 20661)

Robinson, C. J., and McDonald, D'Auria,
Mullins, Kahn and Ecker, Js.

Argued January 27—officially released February 10, 2022*

*Procedural History*

Submission by the special master appointed by this court for the adoption of the special master's report and plan for the redistricting of the state's congressional districts pursuant to the constitutional requirement of decennial reapportionment, brought to this court, where the Republican members of the Connecticut Reapportionment Commission and the Democratic members of the Connecticut Reapportionment Commission filed briefs.

*Proloy K. Das*, for the Republican members of the Connecticut Reapportionment Commission.

---

* February 10, 2022, the date that this order was issued, is the operative date for all substantive and procedural purposes.

In re Petition of Reapportionment Commission Ex Rel.

*Aaron S. Bayer*, with whom was *Paul Tuchmann*, for the Democratic members of the Connecticut Reapportionment Commission.

*Opinion*

PER CURIAM. Pursuant to the authority conferred by article third, § 6, of the constitution of Connecticut, as amended by articles XII, XVI, XXVI and XXX of the amendments, the Court hereby adopts as the established plan of congressional districting the plan depicted and described in exhibits 1 and 4 of the Report and Plan of the Special Master, Nathaniel Persily, dated January 18, 2022. The plan complies in every respect with our Order Appointing and Directing the Special Master, dated December 23, 2021.

Appended hereto is the Report and Plan of the Special Master, including its appendix.[1] The foregoing material, along with the census block equivalency files, will be filed with the Secretary of the State on or before Tuesday, February 15, 2022. Upon publication, the plan of congressional districting shall have the full force of law.

The Special Master has submitted to the Court an itemization of the fees and costs incurred in producing the report and plan. Those charges total $89,800, an amount that this Court finds to be reasonable. Pursuant to this Court's order of December 23, 2021, the charges of the Special Master are to be assessed against the Reapportionment Commission. The Commission shall promptly remit full payment directly to Special Master Persily.

_____

[1] The Report and Plan of the Special Master and its appendix are contained in the file of this case in the Office of the Appellate Clerk and are provided on the website of the Office of the Secretary of the State.